UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUSANA IZAGUIRRE CARDENAS,

    Petitioner,

v.                                  Case No. 6:25-cv-2337-PGB-RMN

ICE ENFORCEMENT AND
REMOVAL OPERATIONS and
SHERIFF OF ORANGE COUNTY,
FLORIA,

    Respondents.
_____/

## ORDER

This cause is before the Court on review of the Emergency Petition for A Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition," Doc. 1). Upon consideration, it is **ORDERED** as follows:

    1.    The **Clerk of Court** shall send a copy of the Petition for Writ of Habeas Corpus (Doc. 1) and this Order to the United States Attorney for the Middle District of Florida and by **certified mail** to the Director of Enforcement and Removal Operations, Miami Field Office, 865 S.W. 78th Avenue, Suite 101, Plantation, FL 33324; the Attorney General of the United States, 950 Pennsylvania Avenue NW, Washington, DC 20530; and the Warden of the Orange County Jail. All costs of service shall be advanced by the United States.

2. Respondents, within **twenty-one (21) days** from the date of service of process upon the United States Attorney, shall respond to the Petition, and show cause why the Petition should not be granted.

3. If Petitioner is removed from the United States, Respondents must file a notice within **three (3) days** of Petitioner's removal.

4. Petitioner must advise the Court of the petitioner's current mailing address, including if the petitioner is released from custody. If Petitioner fails to do so, the Court may dismiss the action.

5. The parties must mark for identification all transcripts, briefs, affidavits, and other documentary exhibits and, if more than one, submit a table of contents or index (with a title, description, and date of each document). The Court will strike and return any exhibits that do not comply with these requirements. If a party relies on a deposition, the entire transcript must be filed.

6. After Respondents file a response, Petitioner shall have **twenty-one (21) days** to file a reply to Respondents' response.

**DONE** and **ORDERED** in Orlando, Florida on December 8, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Office of the United States Attorney
400 W. Washington Street
Suite 300
Orlando, Florida 32801

Counsel of Record