UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUSZNA IZAGUIRRE CARDENAS,

    Petitioner,

v.     Case No: 6:25-cv-2337-PGB-RMN

GARRET RIPA and SHERIFF JOHN W. MINA,

    Respondents.
_____/

## **ORDER**

This cause is before the Court upon *sua sponte* review of the file. The Court entered an Order (Doc. 3) on December 8, 2025, requiring Respondents to show cause, within twenty-one days from the date of the Order, why the Petition for Writ of Habeas Corpus (Doc. 1) should not be granted. As of the date of this document, the Respondents have not complied.

Accordingly, it is **ORDERED** as follows:

1. Respondents shall show cause, within ten days from the date of this Order, why they have failed to comply with the Court's Order of December 8, 2025, and why sanctions should not be imposed.

2. Within ten days from the date of this Order, Petitioner shall inform the Court in writing as to whether she remains incarcerated, and if so, where she is currently incarcerated.

**DONE** and **ORDERED** in Orlando, Florida on January 13, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
United States Attorney for the Middle District of Florida
Director of Enforcement and Removal Operations, Miami Field Office
Attorney General of the United States
Warden of the Orange County Jail