# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**SUSANA IZAGUIRRE CARDENAS,**

        **Petitioner,**

v.                                   **Case No: 6:25-cv-2337-PGB-RMN**

**GARRET RIPA and SHERIFF JOHN W. MINA,**

        **Respondents.**

_____/

## ORDER

THIS CAUSE is before the Court for consideration without oral argument on Petitioner's Emergency Petition for Writ of Habeas Corpus (Doc. 1). On December 8, 2025, the Court ordered the Clerk of Court to send a copy of its scheduling order to the United States Attorney for the Middle District of Florida and to other interested parties. (Doc. 3). The United States Attorney's Office did not receive the scheduling order and first became aware of the deadline for responding to the Petition on January 13, 2026 when served with an Order to Show Cause. (Doc. 9, p. 1). The Government filed its response to the Petition on January 23, 2026. (Doc. 8). The Government urges the Court to deny the Petition as moot. Upon consideration, the Petition is denied as moot.

## I.   DISCUSSION

The Petitioner was arrested on November 22, 2025 and placed in the Orange County Jail. (Doc. 1, p. 2). The Petitioner's bond was posted by a third party on December 3, 2025. (*Id.*). Petitioner argues that pursuant to 8 C.F.R. § 287.7(d), she should have been released from custody within 48 hours, unless an ICE detainer was lodged. (*Id.* at 2). The Government responds that ICE issued an Immigration Detainer (I-247) on November 22, 2025. (Doc. 8, pp. 1–2). Moreover, on December 12, 2025, Petitioner was transferred to the Broward Transitional Center and then to the South Louisiana ICE Processing Center on December 25, 2025. (*Id.* at 2). Accordingly, the Petition for Habeas Corpus is moot. *See Lopez v. Scott*, No. 2:10-cv-226-FtM-29SPC, 2010 WL 1708468, at *1–2 ("[A] claim is moot when the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome.") (quoting *Honiq v. Doe*, 484 U.S. 305, 317, 108 S.Ct. 592, 98 L.Ed.2d 686 (1988)).

## II.   CONCLUSION

For these reasons, the Emergency Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Orlando, Florida on January 27, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

2

Copies furnished to:

Counsel of Record
Unrepresented Parties